IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

```
GREGORY A. MOSBY,                    )
                  Plaintiff(s),      )
                                     )
v.                                   )   Case No. CIV-14-472-RAW
                                     )
KANSAS CITY SOUTHERN RAILWAY         )
COMPANY, a corporation,              )
                  Defendant(s).      )
```

**JUDGMENT DISMISSING ACTION
BY REASON OF SETTLEMENT**

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**IT IS FURTHER ORDERED** that the clerk forthwith serve copies of this judgment upon the attorneys for the parties appearing in this action.

**IT IS FURTHER ORDERED** that parties are directed to submit closing papers within **30 days** from date of this judgment.

**DATED** this 30TH day of July, 2015.

Ronald A. White
United States District Judge
Eastern District of Oklahoma